UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREGORY POPE,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK,
P.O. MICHAEL KOBUS (SH# 01929),
P.O. BLASE MUCCIARIELLO (SH# 27102),
SGT. THOMAS SMITH (SH# 10700),
P.O. "JANE DOE" AND
"JOHN DOE" 1-10.

1 'through' 10 inclusive,
the names of the last defendants
being fictitious, the true names
of the defendants being unknown
to the plaintiff(s).

                                 Defendants.
------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-0010 (SLT) (MDG)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

| | |
|---|---|
| PAUL HALE<br>*Attorney for Plaintiff*<br>26 Court Street, Suite 913<br>Brooklyn, NY 11242 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Mucciariello, Smith and Kobus*<br>100 Church Street, Rm. 3-197<br>New York, New York 10007 |
| By: *[signature]*<br>Paul Hale<br>*Attorney for Plaintiff* | By: *[signature]*<br>Aimee Lulich<br>*Assistant Corporation Counsel* |
| | SO ORDERED:<br><br>s/ SLT<br><br>HON. SANDRA L. TOWNES<br>UNITED STATES DISTRICT JUDGE |
| Dated: New York, New York<br>Feb. 19, 2013 | |

2